**Order entered June 3, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00352-CV

**PATRICIA TOLLESON, Appellant**

**V.**

**KAREN LISS LARA ARGUETA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04904-B**

### ORDER

The reporter's record is past due. Although directed to provide, by May 13, 2022, written verification that she has requested the reporter's record and cautioned her that failure to do so may result in an order submitting the appeal without the reporter's record, appellant has failed to comply. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief on the merits is due **July 5, 2022**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE